UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ALLEN ANCAR (#299054)**

**VERSUS**

**JAMES LEBLANC, ET AL.**

CIVIL ACTION

NO: 17-913-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 2, 2019, (Doc. 81), to which an opposition was filed (Doc. 82);

**IT IS ORDERED** that the defendants' Motion for Summary Judgment (Doc. 67) is granted, in part, dismissing plaintiff's claims with prejudice except the plaintiff's claim asserted against defendants Boeker and Vittorio regarding standing water in the shower.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims. This matter is referred back to Magistrate Judge Richard L. Bourgeois, Jr. for further proceedings.

Signed in Baton Rouge, Louisiana, on April 22, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**